IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| RITA MENGUCCI | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:09cv577 TSL-JCS |
| BROWN BOTTLING GROUP, INC. | DEFENDANT |

## NOTICE OF REMOVAL

Brown Bottling Group, Inc. ("Defendant") files this Notice of Removal to the United States District Court for the Southern District of Mississippi, Jackson Division, for the reasons stated below:

1. Brown Bottling Group, Inc. is the Defendant in a civil action filed in the Circuit Court of the First Judicial District of Hinds County, Mississippi, Cause No. 251-09-781CIV. This Notice of Removal is filed in the United States District Court for the Southern District of Mississippi, Jackson Division, within the time allowed by law for removal of civil actions as Defendant first received a copy of any pleading in Cause No. 251-09-781CIV on September 21, 2009. The documents attached hereto as Exhibit "A" constitute a true and correct copy of the entire file of Cause No. 251-09-781CIV pending in the Circuit Court of the First Judicial District of Hinds County, Mississippi.

2. The United States District Court for the Southern District of Mississippi, Jackson Division, is the District Court having jurisdiction over the place where the state court action is pending.

3. A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of the First Judicial District of Hinds County, Mississippi, as required by 28 U.S.C. §1446(d).

4.  This Court has subject matter jurisdiction of the entire present action pursuant to 28 U.S.C. Sections 1331 and 1441. Plaintiff has made assertions of violations of 42 U.S.C. § 1981, which creates a federal question as contemplated under 28 U.S.C. Section 1331.

WHEREFORE, Defendant hereby removes this civil action to the United States District Court for the Southern District of Mississippi, Jackson Division.

THIS the 23 day of September, 2009.

Respectfully submitted,

BROWN BOTTLING GROUP, INC.

By Its Attorneys
WATKINS LUDLAM WINTER & STENNIS, P.A.

By: /s/ Peyton S. Irby, Jr.
Peyton S. Irby, Jr.

Peyton S. Irby, Jr., (MB No. 3029)
Karen G. Clay, (MB No. 102682)
Watkins Ludlam Winter & Stennis, P.A.
190 East Capitol Street, Suite 800
Post Office Box 427
Jackson, Mississippi 39205-0427
(601) 949-4900
(601) 949-4804 fax
pirby@watkinsludlam.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I mailed, postage prepaid by the United States mail a true and correct copy of the above and forgoing document to the following:

> Ermea J. Russell, Esq.
> The Russell Law Firm, PLLC
> P.O. Box 24561
> Jackson, Mississippi  39225
>
> Ms. Barbara Dunn, Clerk
> Hinds County Circuit Court
> Post Office Box 327
> Jackson, Mississippi  39205-0327

THIS the __23__ day of September, 2009.

_____
Peyton S. Irby, Jr.