IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RITA MENGUCCI                                                      PLAINTIFF

VS.                              CIVIL ACTION NO. 3:09CV577TSL-FKB

BROWN BOTTLING GROUP, INC.                                         DEFENDANT

## JUDGMENT

Pursuant to the memorandum opinion and order entered this day, it is ORDERED and ADJUDGED that the complaint of Rita Mengucci is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 16th day of March, 2010.


                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE